UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>Plaintiff,<br><br>v.<br><br>DR. YASHODARA RAO, et al.,<br><br>Defendants. | No. 2:20-cv-1613 WBS DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 11, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 11, 2021, are adopted in full;

2. Plaintiff's in forma pauperis status (ECF No. 7) is revoked because he has accrued more than three strikes under 28 U.S.C. § 1915(g) prior to filing this action;

3. The order directing the CDCR to collect the filing fee (ECF No. 8) is vacated; and

4. Plaintiff is ordered to pay the $402.00 filing fee within fourteen days from the date of this order.

Dated: July 6, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DLB7
uhur1613.804

2