UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU,<br><br>Plaintiff,<br><br>v.<br><br>YASHODARA RAO, et al.,<br><br>Defendants. | No. 2:20-cv-01613 WBS DB P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed July 7, 2021, the court revoked plaintiff's in forma pauperis status and ordered plaintiff to pay the $402.00 filing fee within 14 days. Plaintiff filed an interlocutory appeal which was dismissed by the United States Court of Appeals for the Ninth Circuit on September 7, 2021. More than 14 days have passed since the effective date of the Ninth Circuit's mandate and plaintiff has not paid the filing fee.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to pay the filing fee.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 18, 2021

DLB7
uhur1613.fifp

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE